# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**CHARLOTTE ALVARADO, JAMIE DUHRKOFF, KANDI WILSON, NAOMI OFFIELD, BRITTANY ANTONOWICZ and ERIKA MARIE GUGLIUZZA,**

        **Plaintiffs,**

v.     Case No:   6:15-cv-1420-Orl-KRS

**ROBO ENTERPRISES, INC. and CHARLES JULIAN,**

        **Defendants.**

## ORDER

This cause came on for consideration following review of the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(ii), in which the parties stipulate to the dismissal of the above-captioned case in its entirety without prejudice. Doc. No. 79. The stipulation of dismissal is self-executing pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d. 1272, 1279 (11th Cir. 2012). Accordingly, the Clerk of Court is directed to close the file.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2016.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE